■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM THOMPSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Groh, J.), rendered January 25, 1983, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence upon him as a second felony offender.

Judgment affirmed.

Upon being arraigned upon a second felony offender statement, defendant controverted his prior conviction on the ground that the plea of guilty in the prior case was taken in violation of his constitutional rights. After a hearing, at which defendant testified and the minutes of the previous plea were reviewed, Criminal Term correctly found that defendant had failed to demonstrate that the predicate conviction had been unconstitutionally obtained *(see, People v Harris,* 61 NY2d 9; CPL 400.21 [7]).

Defendant's remaining contentions have been examined and

have been found to be meritless. Gibbons, J. P., Thompson, Niehoff and Kunzeman, JJ., concur.